UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUSAN LANG,  )
    Plaintiff,  )
  )
v.  )    C.A. NO. 04-11867-NG
  )
LANDMARK SCHOOL, INC.,  )
    Defendant.  )
  )

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties submit this Joint Statement Regarding Pretrial Schedule pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference. The Parties agree and request that the Court approve the following Proposed Pretrial Schedule and Discovery Plan:

| Date | Discovery or Pretrial |
|---|---|
| 11/8/04 | Deadline for amendments to pleadings |
| 2/15/05 | Deadline for Completion of all fact discovery, including requests for production of documents, interrogatories and fact witness depositions |
| 3/7/05 | Deadline for filing dispositive motions; if either party determines that such a motion is appropriate. A moving party may file a reply to the opposition of the responding party. One extension of time for response and one for the reply may be agreed upon by the parties without the consent of the Court |
| 4/1/05 | Plaintiff to disclose experts and expert reports |
| 4/8/05 | Defendants to disclose experts and expert reports |
| 4/29/05 | Depositions of Plaintiff's experts to be completed |
| 5/13/05 | Depositions of Defendants' experts to be completed |
| 6/1/05 | **Final Pretrial conference** |
| Per court order | **Trial** |

The Parties understand and agree that this discovery schedule assumes the cooperation of the parties, and third party witnesses and expert witnesses. The Parties further agree that requests for additional time for discovery may be made and shall be reasonably agreed to in the event of delays occasioned by discovery disputes requiring a decision by the Court, and/or the availability of fact or expert witnesses due to vacation or work schedules. Further, the parties agree that they may move the court for an extension of the expert witness disclosure deadline and deadline for depositions of expert

1

witnesses in the event a decision on a summary judgment motion is not issued in advance of the date the Defendant is to disclose expert witnesses and produce the expert's report.

### Alternate Dispute Resolution

The parties have discussed whether the option of alternative dispute resolution may be beneficial to resolving this case. The Parties' position is that a non-binding mediation may be appropriate either during the course of discovery or after discovery is completed, but would be premature at this early point in the case.

### Settlement

Plaintiff has made a written demand.

### Certifications

The parties' certifications required by Local Rule 16.1(D)(3) are attached.

Wherefore, Plaintiff and Defendant respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan with such amendments as the Court deems just and proper.

The Defendant,
LANDMARK SCHOOL, INC.,
By its attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

_____
John J. Davis, BBO # 115890
Daniel G. Skrip, BBO # 629784
10 Winthrop Sq
Boston, MA 02110
617-350-0950; and

The Plaintiff,
SUSAN LANG,
By her attorney,

**LAW OFFICE OF MITCHELL J. NOTIS**

_____
Mitchell J. Notis, BBO #374360
370 Washington Street
Brookline, MA 02445
(617) 566-2700

Dated: October 22, 2004

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11867-NG

SUSAN LANG,
    Plaintiff,

v.

LANDMARK SCHOOL, INC.,
    Defendant.

## CERTIFICATE OF CLIENT CONSULTATION
(PURSUANT TO L.R. 16.1(D)(3))

The attorney of record for Defendant Landmark School hereby certifies that he has conferred with his client, or an authorized representative, regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Mark Brislin, Business Manager
Landmark School, Inc.

_____
John J. Davis, BBO #115890
Daniel G. Skrip, BBO #629784
**PIERCE, DAVIS & PERRITANO, LLP**
Ten Winthrop Square
Boston, MA 02110-1257
(617) 350-0950

Dated: October 19, 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11867-NG

SUSAN LANG )
  Plaintiff )
)
Vs. )
)
LANDMARK SCHOOL, INC. )
  Defendant )
)

LOCAL RULE 16.1 CERTIFICATION

Susan Lang, Plaintiff in the above-captioned action, and Mitchell J. Notis, counsel to Plaintiff Lang in this action, hereby certify and confirm that they have conferred:

a. with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and
b. to consider the resolution of this litigation through the use of alternative dispute resolution programs.

_____
Susan Lang

_____  10/24/04
Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360