UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN LANG, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-11867 NG |
| | ) | |
| LANDMARK SCHOOL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

Following the initial scheduling conference held today in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

A. Any amendments to the pleadings shall be filed by **November 8, 2004**.

B. All fact discovery shall be completed by **February 15, 2005**.

C. A status conference is scheduled for **Thursday, February 10, 2005, at 10:00 A.M.** At that time the parties shall be prepared to discuss:

1. the status of the case;

2. scheduling for the remainder of the case through trial;

3. the use of Alternative Dispute Resolution ("ADR"); and

4. consent to trial before the magistrate judge.

D. The parties shall submit a brief joint statement no later than five (5) days before the status conference addressing the issues itemized in paragraph C above. With

respect to items C(3) and C(4), the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

|  |  |
|---|---|
| DATED: November 1, 2004 |    / s / Judith Gail Dein<br>Judith Gail Dein<br>United States Magistrate Judge |