AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Susan Long

v.

Landmark School, Inc.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11867 NG

TO: (Name and address of Defendant)

Landmark School, Inc.
429 Hale Street
Prides Crossing, MA 01965

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                        8/26/04

CLERK                                               DATE

_____
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>AUGUST 31, 2004 at 11:15 A.M. |
| NAME OF SERVER *(PRINT)*<br>GAIL E. PENNEY | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: LANDMARK SCHOOL, INC.
429 HALE STREET
PRIDES CROSSING, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  SAID COPIES GIVEN IN HAND TO ALICE DESOUSA, RECEPTION, WHO ACCEPTED SERVICE FOR: MARK BRISTIN, BUSINESS MANAGER FOR THE LANDMARK SCHOOL, INC.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $24.00 | SERVICES $25.00 | TOTAL $49.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   AUGUST 31, 2004
                    Date
              at 11:15 A.M.

*Signature of Server*  GAIL E. PENNEY, CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS   02108

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.