UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUSAN LANG,)
    Plaintiff,)
)
v.) C.A. NO. 04-11867-NG
)
LANDMARK SCHOOL, INC.,)
    Defendant.)
_____)

FILED
IN CLERKS OFFICE

2005 FEB -2  P 3: 23

U.S. DISTRICT COURT
DISTRICT OF MASS

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE BY 60 DAYS

The parties jointly move this Court to extend the discovery deadline by sixty (60) days, from February 15, 2005, to April 16, 2005, for the following reasons:

1. This action stems from Plaintiff's fomer ongoing employment relationship with the Defendant. Plaintiff claims that the Defendants discriminated against her due to her disability.

2. The parties agreed to a very aggressive discovery schedule - three months - which they have found difficult to accommodate. Discovery has proven difficult to complete as the relevant fact pattern spans nearly 10 years and involves numerous documents and witnesses. Also, the Holidays and unrelated litigation events have delayed discovery.

4. The parties are cooperating to meet discovery demands and remain hopeful that the remaining discovery will be completed by April 16, 2005.

5. No party will be prejudiced if the Court allows this Motion.

**WHEREFORE**, the parties jointly request that this Motion be allowed and that discovery be extended to April 16, 2005.

| | |
|---|---|
| The Plaintiff,<br>SUSAN LANG,<br>By her attorney,<br>**Law Office of Mitchell J. Notis** | The Defendant,<br>LANDMARK SCHOOL, INC.,<br>By its attorneys,<br>**Pierce, Davis & Perritano, LLP** |
| /s/ Mitchell J. Notis (dgs)<br>Mitchell J. Notis, BBO #374360<br>370 Washington Street<br>Brookline, MA 02445<br>(617) 566-2700 | /s/<br>John J. Davis, BBO #115890<br>Daniel G. Skrip, BBO #629784<br>Ten Winthrop Square<br>Boston, MA 02110<br>(617) 350-0950 |

Dated: February 1, 2005

I hereby certify that a copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 2-1-05