UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11867 NG

SUSAN LANG,
Plaintiff

v.

LANDMARK SCHOOL, INC.,
Defendant

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, through counsel, hereby agree and stipulate that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action be dismissed with prejudice, all rights of appeal waived, all parties to bear their own fees and costs.

| | |
|---|---|
| SUSAN LANG | LANDMARK SCHOOL, INC. |
| By her attorney | By its attorney |
| | |
| Mitchell J. Notis | Daniel Skrip |
| Law Office of Mitchell J. Notis | Pierce, Davis & Perritano, LLP |
| 370 Washington Street | Ten Winthrop Square |
| Brookline, MA 02445 | Boston, MA 02110-1257 |
| 617-566-2700 | 617-350-0950 |

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party (by mail) (by hand) on 8-3-05.